UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN MULLANE, | ) | DOCKET NO. 1:19-CV-10729-IT |
| *Plaintiff,* | ) | |
| v. | ) | |
| MARY L. MORRISSEY and THOMAS J. DONOVAN JR., in their individual and official capacities, and WASHINGTON COUNTY CRIMINAL DIVISION BENCH WARRANT NO. 11544, | ) | |
| *Defendants.* | ) | |

2019 JUL 24 PM 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A
SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE PENDING MOTION FOR
RECONSIDERATION [ECF 42]**

COMES NOW Plaintiff Jonathan Mullane (hereinafter, "Plaintiff") and respectfully moves this Honorable Court for leave to submit a notice of supplemental authority in support of his pending Motion for Reconsideration [**ECF 42**]. For the convenience of the Court, a proposed iteration is annexed hereto as **EXHIBIT 1**.

In support of the instant motion, Plaintiff shows unto the Court as follows:

1. On or about **July 8, 2019**, via first-class mail, Plaintiff submitted a motion for reconsideration to this Court and renewed request for oral argument. See ECF 42.

2. "Good cause" exists for the instant motion because, *inter alia*, the persuasive authority in question, styled Nandjou v. Marriott Int'l, Inc., Civil Action No. 18-cv-12230-ADB, 2019 U.S. Dist. LEXIS 112310 (**D. Mass. July 8, 2019**) (**Burroughs, D.J.**), was not available until after Plaintiff's submission of the said motion for reconsideration on the same day.

3. <u>Nandjou</u>, *supra*, addresses how this Court must apply specific personal jurisdiction, and appears to directly contradict this Court's interpretation of specific personal jurisdiction in its order of dismissal [ECF 40, 41].

4. In Plaintiff's pending motion for reconsideration [**ECF 42**], Plaintiff contends *inter alia* that specific personal jurisdiction is satisfied in the case at bar.

## CONCLUSION

**WHEREFORE,** Plaintiff prays that this Honorable Court grant leave to submit the annexed proposed notice of supplemental authority.

Respectfully submitted,

JONATHAN MULLANE,
Plaintiff (*pro se*)
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

DATED: July 22, 2019

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify that on July 22, 2019 I served copies of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE PENDING MOTION FOR RECONSIDERATION [ECF 42] via first class mail, postage prepaid, to Defendants as specified below:

Terrance J. Hamilton, Esq.
Casner & Edwards LLP
303 Congress Street
Boston, MA 02210
Tel.: (617) 426-5900
tjhamilton@casneredwards.com

Jon T. Alexander, Esq.
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
Tel.: (802) 828-1299
john.alexander@vermont.gov

_____
JONATHAN MULLANE,
Plaintiff *pro se*
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

3